1056 ROBERTSON vs. COMMISSIONER STATE LAND OFFICE, 44 M., 274.

To compel respondent to issue a certificate for certain lands where the conditions entitling relator to a certificate of purchase were that he should pay one-fourth down and the rest at any time thereafter, with interest; the refusal to issue a paid up certificate being based upon the ground that the taxes levied in respect to said land from the time of their purchase remained unpaid.

Granted October 6, 1880.

A statute enacted after the original purchase added the condition to such sale that the taxes should also be paid. The court

in granting the writ held that the State did not release any tax lien on the land by giving a deed, and that this would not govern a case where the certificate of purchase had been issued after the passage of the statute.